

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00829-CV

**2 FAT GUYS INVESTMENTS, INC.** D/B/A 2 Fat Guys and, Valdimir Minozevski,
Appellant

v.

Dallas **FLOYD**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023-CV-02015
Honorable John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: February 11, 2026

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

On January 25, 2026, appellant filed a motion to voluntarily dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellant. *See id.* R. 42.1(d).

PER CURIAM